United States District Court
District of Oregon

Bobby Shane CHARLTON

Vs

Oregon Department of
   Correction et Al,

Case No: 09-CV-1246-TC

Plaintiff Motion For
Reconsideration On
Motion For Request
For appointment of Counsel.
28 U.S.C.S. § 1915 (d)

1

A federal Court has a duty under 28 USCS § 1915 (d) to assist a party in obtaining counsel willing to serve for little or no compensation. The court does not discharge this duty if it makes no attempt to request the assistance of volunteer counsel or, where the record is not otherwise clear, explain its failure to do so.

2

Plaintiff understands that there is No constitutional right to counsel in

Pg # 1

a civil case. He understand that the Courts can not force An Attorney to take a case in Civil Matter. However, This does not discharge The courts **duty** to attempt to request assistance of a counsel. ~~Of a counse~~, if the claimant Meets the qualifications.

3

The courts Must adequately determine if the claimant meets these qualifications. They must consider the situation and fact that is laid before them, and give just reasonening why the court will not, or does not, atleast put forth the duty to attempt to request assistance of a Counsel. See <u>United State of America V. 30.64 Acres Of Land</u>

4

Claimant does not feel the request made for counsel ~~adequately~~ was adequately reviewed and taken into consideration, for the court did not

address to any of the issues the plaintiff brought up and ~~should~~ showd facts of ~~there-of~~. The courts didnt address the facts.

5

Claimant understands that only under exceptional circumstances they will (Courts) request for counselor under 28 USCS § 1915 (d)

Claimant feels he meets these requirement.

## Facts Of Situation

1

Claimant has stated a claim. Or in the courts opinion, May have stated a claim well enough to process the Lawsuit, under the 8th and 14th amendment in his suit.

2

Claimant is in I.M.U (intensive Management unit).

Here he is locked down in a single man cell all day and night. He

Pg 3

is only ~~stood~~ Allow'd out of cell for a 30 minute yard, and 10 to 15 minute shower.

   Because of this, Claimant, has very very little, to No access to law library and or legal help. Which he Has shawn and explained in his first, and amended request for counselor

3

Because of claimant low I.Q and education and the situation he is in, he is unable to adequately articulate his claim in the light of the complexity the legal issues involved

   In addition to this, claimant does not have the ability to investigate the facts of the case the likelihood of conflicting testimony requiring skilled cross-examination, the litigant's ability to adequately present the case. Again see; <u>United States V 30.64 Acres of land</u>.

4

4

Claimant is ~~indig~~ indigent. Which has already been establish.

Request

1

Claimant comes before the courts to Please ask that they re-review his request for counsel. Please review his fist request and the amendment thereof.

I ask the courts to please put forth some help in maybe finding me an Attorney to take my case.

2.

I have tried writing a few Attorneys myself so ~~fair~~ FAIR. But please keep in mind, that part of my suit is on the fact that O.D.O.C. will "Not allow" me Legal library envelopes to send to Any Attorney at all.

I am indigent. I am only allowed 5 basic envelope a month. Which only hold 5 sheets of paper. So I can't really send out

Pg5

to many Letter a Month, and I really can't send much to the Attorney as far as proof, or infomation.

See exhibit (N) that was sent with first suit. Also see enclosed Proof

Meeting Requirement.

Claimant feels that because he is in prison on Lockdown with No access to lawlibrary other then by Kyte. And the Legal Aids thereof, have for the most part refused me help. "They said, "they don't do civil matters." See returned Kytes that was sent with first request, for request of court appointed ~~con~~ counselor, to show proof of this. And along with his law IQ and Medical problem/injury due to the Matter in the lawsuit, He feels he meets the exceptional circumstances that is required. for the court to atleast try and help find ~~GH~~ a counselor

↳ Not Also See Enclosed Proof

Bobby Charlton
Bobby CHARLTON
11102064

"See Pg# 7 For Addition info"

Pg 6

~~Amendment~~

One last point that I forgot to bring up:

"Was; DOC official has out right refused me any help in a investigation and finding out and giving me the name of a witness that I asked for. Even though the law says that they are suppost to do everything they can assisting in obtaining ~~ever~~ evidence and interviewing with witnesses for Inmate

See: Lee V Coughlin 902 F. Supp 424 (S.D.N.Y 1995
See: Patterson V. Coughlin 905 F.2d 564 2nd Cir 1990
See: Broussard V. Johnson 918 F.Supp 1040 (E.D Tx 1986
See: Forbes V Trigg, 976 F 2d 308 (7th Cir 1992)

Bobby Charlton
Pr-se Bobby CHARLTAN
1102064

Pg 7

# OREGON DEPARTMENT OF CORRECTIONS
## INMATE COMMUNICATION FORM

TO: _____    Date: _____

State your issue in detail: These Next page are just copied of some of the exhibit that I sent in with first suit that helps prove the allegations I have made in this Motion for reconsideration on My Motion for Request of Counelor

| Inmate Committed Name (first middle last) | SID# | Housing Unit |

Response/Action Taken: _____

Date Received: _____    Referred To*: _____

Date Answered: _____    Signature of Staff Member: _____
*If forwarded, please notify the inmate

CD 214 (12/04)



STATE OF OREGON
DEPARTMENT OF CORRECTIONS
EASTERN OREGON CORRECTIONAL INSTITUTION
PENDLETON, OREGON 97801

Exhibit H

May 7, 2009

To:      Bobby Charlton, #11102064 [IMA26]
         Oregon State Penitentiary
         2605 State Street
         Salem, OR 97310-0505

                 /s/ Harder

From:    D. Harder, Supervising Executive Assistant

Re:      Request for Information

This is in response to your Inmate Communication to Superintendent Rick Coursey, dated April 2, 2009 wherein you request that the name of a permanently paralyzed inmate that was assigned to the infirmary at TRCI while you were there. The superintendent has asked me to review the request and provide you with a response on his behalf.

It is not appropriate for me to research for you who the subject inmate might be and then provide you with his name directly to you. You state that this is part of a process that will lead to a law suit against TRCI and the medical care and treatment at that facility. You might consider developing your case by the merits that you offer and focus on any witnesses later. However, I can not provide you directly the information that you request.

**Your request to have this information researched and provided to you is therefore denied.**

Cc:      R. Coursey, Superintendent
         File

*This is a returned response to a letter I wrote asking for Help from the Superindent to get the Name of a witness and proper investigation. Which they flat out denied. Even though Due Process laws Makes it plain and clear that they are suppost to do everthing they can to Make sure I get adequate help in an investigation and find witness that are request*

CD787D (3/94)

# OREGON DEPARTMENT OF CORRECTIONS
## INMATE COMMUNICATION FORM

TO: Legal Library   Date: 3-30-09

State your issue in detail: I need a big Legal envelope To Mail some legal paper to:

Richard L Cowan
Attorney At Law
PO BOX 965
Salem OR 97308-0965

I am indigent but I must Mail some legal papers to my Attorney ASAP.

Thank You

**Inmate Committed Name (first middle last):** Bobby CHARLTON

**SID#:** 11102064

**Housing Unit:** DSU 36

Response/Action Taken: Indigent inmates cannot use legal envelopes to correspond with attorneys per OAR 291-139-0040 (5) (a) (Legal Affairs, inmate)
Kyte Canteen to request indigent envelopes.

Date Received: _____   Referred To*: _____

Date Answered: 3/31   Signature of Staff Member: Dascall

*If forwarded, please notify the inmate

CD 214 (12/04)

# OREGON DEPARTMENT OF CORRECTIONS
## INMATE COMMUNICATION FORM

TO: _____   Date: _____

State your issue in detail: _____

See Response on Page 5 Of This Kyte to the LawLibrary.
It is where they tell Me they dont do lawsuits

| Inmate Committed Name (first middle last) | SID# | Housing Unit |
|---|---|---|
|  |  |  |

Response/Action Taken: _____

Date Received: _____    Referred To*: _____

Date Answered: _____    Signature of Staff Member: _____

'If forwarded, please notify the inmate

CD 214 (12/04)

# OREGON DEPARTMENT OF CORRECTIONS
## INMATE COMMUNICATION FORM

TO: OSP Law Library     Date: 5-1-09

State your issue in detail: I just got here from EOCI. I am in the middle of a medical malpractice/Deliberate indifference complaint against TRCI and I am looking for info that may help me.

I kept trying to get medical help at TRCI. I was having really bad muscle spasms in my shoulder that fastly grew into sharp pain in and down my arm. And that turned into numbness and tingling in my arm and hand.

I signed up for sick call time and time again. complaining of the pain and the symptoms I was having. I seen the Doctor 3 times. But he would do nothing. He told me that it was just muscle spasms it wont kill me. I kept telling

Inmate Committed Name (first middle last): Bobby CHARLTON
SID#: 11020064
Housing Unit: IMU 26A

Response/Action Taken: him that there was something really wrong and that I needed help. The pain got so bad I started throwing up. This lasted for about 2 days before they finally gave me a shot to stop me from throwing up. Anyways, to make a long story short. I knew something was wrong and I could not get no help there at TRCI. So I did what I had to do to get out of there. Yes I did file a

Date Received: REC'D MAY 04 2009     Referred To*: 
Date Answered: _____     Signature of Staff Member: _____
If forwarded, please notify the inmate

CD 214 (12/04)

#2

# OREGON DEPARTMENT OF CORRECTIONS
## INMATE COMMUNICATION FORM

TO: _____   Date: _____

State your issue in detail: grievance on the Doctor and on a Nurse and I wrote a kyte ~~before~~ to the medical supervisor before I did what I did. And yes, that is why I am in IMU. But I got out of TRCI. They took me from seg to seg. When I got to EO. I signed up for sick call. I got into see the Doctor. I told him the same thing that I told TRCI medical staff and Doctor time and time again. The Doctor at EOCI knew what was wrong before I was half way done telling him. He told me, "I am no expert but co everything you

Inmate Committed Name (first middle last): Charlton

SID#: 

Housing Unit: 

Response/Action Taken: just told me is text book for damage nerve in and around your Neck/Back around C6-C7. He said we got to get you in for an MRI.
So I went in for an MRI. The next thing I know I am being singled ~~so~~ celled. The Doctor came to see me and said that I was facing paralyzing damage. That I had swelling to the spine cord and that

Date Received: REC'D MAY 04 2009

Referred To*: _____

Signature of Staff Member: _____

Date Answered: _____
*If forwarded, please notify the inmate

CD 214 (12/04)

# OREGON DEPARTMENT OF CORRECTIONS
## INMATE COMMUNICATION FORM

3

TO: _____  Date: _____

**State your issue in detail:** If I got hit just right I could be paralyzed. He said you are going to have to have surgery and fast. So I went and in for surgery. Then I had to stay in the infirmary for 6 week under strick rules Not to do anything. Not even make my bed. I was told that I Now have Nerve damage and muscle damage from the muscle spasms. They said it may or may not fix themself. They said it all depends on how long they went under damaging conditions before I got surgery. Well I went almost 6 Month Before

**Inmate Committed Name (first middle last):** Charlton

**SID#:**

**Housing Unit:**

**Response/Action Taken:** I got help. I went through some of the worst pain I have ever went through in my life.
 When I got out of the infirmary and was able to write. I wrote a New grievance or I should say grievances. I B plan on taken this as far as it needs to be to get what I got comin. I have a copy of My Medical progress Notes and it prove everything

**Date Received:** REC'D MAY 04 2009   **Referred To*:** _____

**Date Answered:** _____   **Signature of Staff Member:** _____

*If forwarded, please notify the inmate

CD 214 (12/04)

# OREGON DEPARTMENT OF CORRECTIONS
## INMATE COMMUNICATION FORM

TO: _____ Date: _____

State your issue in detail: I just told you. So I need all the help I can get.

I dont really know what IM doing but IM trying to learn what I need to do. I am writing the ACLU to see if I can get any help from them. I know I have a hands down win case if I can get the ~~propert~~ proper help.

I am still in the grievance process. I just sent in one grievance appeal a few days ago. There is like 4 more grievance yet to come back. I have even grieved the grievace coordinator at TRCI for not processing my grievance under Pauls reasoning.

Inmate Committed Name (first middle last): Charlton    SID#: _____    Housing Unit: _____

Response/Action Taken: And yes they were really blatantly bogus reasoning that can be no question that they were just a flat out denial of my Due process rights.

The Doctor at TRCI has some kind of medical condition. I thought the dude was on Meth. but I am told he has some kind of a Nerve deseas that effects him in the same way that you would swer he was on

Date Received: REC'D MAY 04 2009    Referred To*: _____

Date Answered: _____    Signature of Staff Member: _____

'If forwarded, please notify the inmate

CD 214 (12/04)

# OREGON DEPARTMENT OF CORRECTIONS
## INMATE COMMUNICATION FORM

5

TO: _____ Date: _____

State your issue in detail: Meth. And they let this dude run around and play Doctor.

Also, I met another dude over there in the infirmary that told me that he was going through the samething that I was. And like me, tried everything to get medical help by the same Doctor. But He/They did Nothing. This other Man Now sits in a Wheel Chair. He didn't make it out. This is the Man that told me, "You need to get out of here. Do what ever you got to do before it is to late. And so I did. I got out of TRCI. It Cost me a IMU shot and maybe New charges but at least I

Inmate Committed Name (first middle last): Charlton    SID#: _____    Housing Unit: _____

Response/Action Taken: Wont be paralyzed. I've been trying to get that other man's name and info but they wont give it to me. I got a kyte back from a CC#S Counselor saying that they are Nervous about this law suit and don't want to give me any info. So Yeah, I need help. So can you get me started in the right direction? Thank You

See the Torts Book Manual for info.
We don't do lawsuits.    LA #2

Date Received: REC'D MAY 04 2009    Referred To*: _____
Date Answered: 6 May 09    Signature of Staff Member: MDavidson
If forwarded, please notify the inmate

CD 214 (12/04)

## CERTIFICATE OF TRUE COPY

I _Bobby CHARLTON_, do swear that the document(s) listed below are a true and complete copy of the original filed with the court.

_Case #09-CV-1246-TC_
_Motion For Reconsideration_
_On Motions For Request for_
_of Counselor._

Dated this _1_ day of _March_, 20 _10_

_Bobby Charlton_
(Signature)
Print Name: _Bobby CHARLTON_
S.I.D. No. _11102064_
_OSP 2605 State St_
_Salem OR 97310_

Page 1 of 1 – Certificate of True Copy         (OSP 142)     Form 03.030

## CERTIFICATE OF SERVICE

CASE NAME: Bobby CHARLTON v. ODOC et al

CASE NUMBER: (if known) 09-CV-1246-TC

COMES NOW, Bobby Charlton, and certifies the following:

That I am incarcerated by the Oregon Department of Corrections at OSP. 2605 State St. Salem Ore 97310.

That on the 1 day of March, 20 10, I personally placed in the Correctional Institution's mailing service A TRUE COPY of the following:

A Motion for Recondi reconsideration on Motions on Request of counselor

I placed the above in a securely enclosed, postage prepaid envelope, to the person(s) named at the places addressed below:

Clerk of Court Wayne L Morse
United State Courthouse
405 Eighth Avenue
Suite 2100
Eugene, Oregon 97401

_Bobby Charlton_
(Signature)

Print Name Bobby CHARLTON
S.I.D. No.: 11102064
OSP. 2605 State St
Salem OR 97310

(OSP 140)
Form 03.015

Page 1 of 1 – Certificate of Service