UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| BOBBY SHANE CHARLTON, | Case No. 6:09-cv-01246-TC |
| Plaintiff | |
| v. | DECLARATION OF BOBBY SHANE CHARLTON IN SUPPORT OF PLAINTIFF'S MOTION FOR APPOINTMENT OF PRO-BONO ATTORNEY |
| OREGON DEPARTMENT OF CORRECTION; et al., | |
| Defendants | |

Plaintiff Bobby Shane Charlton declares as follows. I am currently an inmate at Oregon State Penetentiary and will be an inmate until at earliest July 2015. I am pro-forma pauperis, do not have funds to retain an attorney nor freedom to try to find a contingent fee attorney. With the sole help of unpaid lay "jailhouse lawyer" style legal assistance ∙ I have maintained this claim for four years but as it appears to be headed for trial, I need a trial attorney as I have no ability nor freedom to properly conduct a trial. I ask this court to appoint a pro-bono attorney for representation and counsel at trial or settlement negotiations

I declare under penalty of perjury that the foregoing is true and correct.

Declared This October 17 2013

Bobby Shane Charlton
c/o OSP SID # 11102064
2605 State Street
Salem OR 97310-0505

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

BOBBY SHANE CHARLTON,

Plaintiff

v.

OREGON DEPARTMENT OF
CORRECTION; et al.,

Defendants

Case No. 6:09-cv-01246-TC

CERTIFICATE OF SERVICE

Plaintiff Bobby Shane Charlton certifies that he served true copies of PLAIN-TIFF'S SECOND CORRECTION/ERRATA, PLAINTIFF'S MOTION FOR AP-POINTMENT OF PRO-BONO ATTORNEY, DECLARATION OF BOBBY SHANE CHARLTON IN SUPPORT OF PLAINTIFF'S MOTION FOR APPOINTMENT OF PRO-BONO ATTORNEY on attorney for defendants by placing such in sealed envelopes first class postage affixed and fully prepaid then depositing such in outgoing OSP mail addressed to:

John Clinton Geil
1515 SW 5th Avenue, Suite 410
Portland OR 97201

Executed This October _17_ 2013

Bobby Shane Charlton
c/o OSP SID #11102064
2605 State Street
Salem OR 97310-0505