)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

BOBBY SHANE CHARLTON,

        Plaintiff,

   vs.

OREGON DEPARTMENT OF CORRECTIONS,
et al.,

        Defendants.

No. 6:09-cv-1246-TC

O R D E R

---

AIKEN, Chief Judge:

   Magistrate Judge Coffin filed his Findings and Recommendation on April 8, 2014. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When a party objects to any portion of the Magistrate's Findings

1 - ORDER

and Recommendation, the district court must make a <u>de novo</u> determination of that portion of the Magistrate's report. 28 U.S.C. § 636(b)(1)(B); <u>McDonnell Douglas Corp. v. Commodore Business Machines</u>, 656 F.2d 1309, 1313 (9th Cir. 1981), <u>cert. denied</u>, 455 U.S. 920 (1982).

Plaintiff filed objections (doc. 136) to the Findings and Recommendation. Defendants declined to file any response. I have, therefore, given the file of this case a <u>de novo</u> review. I ADOPT the Magistrate's Findings and Recommendation (doc. 133) and grant defendants' supplemental motion to dismiss plaintiff's claim with prejudice.

IT IS SO ORDERED.

Dated this 13 day of May 2014.

/s/ Ann Aiken
Ann Aiken
United States District Judge

2 - ORDER