UNITED STATES DISTRICT COURT

DISTRICT OF OREGON


BOBBY SHANE CHARLTON,

              Plaintiff,            6:09-cv-01246-TC

           v.                  ORDER

OREGON DEPARTMENT OF
CORRECTIONS, et al.,

              Defendants.

COFFIN, Magistrate Judge.

Defendants' Motion for Indicative Ruling (#148) pursuant to Fed. R. Civ. Pro. 62.1 is allowed.  This court hereby notifies the Ninth Circuit Court of Appeals that if it did not lack jurisdiction to do so due to the pending appeal in this case, this court would grant defendants' Motion for Limited Evidentiary Hearing (#149).

DATED this 21 day of January, 2015.

_____
Thomas M. Coffin
United States Magistrate Judge


1 - ORDER